## Markle *v.* Anderson, Appellant.

Argued November 13, 1973. *T. Gregory Williams,* with him *Benjamin G. McFate,* and *McFate, McFate and McFate,* for appellant; *Arnold E. Dolby,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.